IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MAJOR MICHAEL D. MORI, U.S.M.C., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. 1:07-cv-2167 (RMU) |
| DEPARTMENT OF THE NAVY, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Defendant hereby moves the Court for an extension of time to respond to plaintiff Major Michael D. Mori's Complaint. The Complaint was filed on November 30, 2007, and the United States Attorney for the District of Columbia was served on December 11, 2007. Due to defendant's attorney's travel and work schedule, defendant hereby requests a thirty-day extension to respond to the Complaint. Unless extended, defendant's responsive filing would be due Monday, February 11, 2008. If granted, the response would be due on Monday, March 10, 2008. There have been no other extensions requested in this matter, and there are currently no other deadlines or proceedings in this case that might be impacted if this extension were granted.

Defendant's counsel has consulted with Plaintiff's counsel concerning this request, and they have indicated that they do not oppose this motion.

                Respectfully Submitted,


                JEFFREY BUCHOLTZ
                Acting Assistant Attorney General

                JEFFREY A. TAYLOR
                United States Attorney

                VINCENT M. GARVEY
                Assistant Branch Director

                /s/ Ronald J. Wiltise
                RONALD J. WILTSIE (Bar No. 431562)
                Trial Attorney
                Civil Division
                Federal Programs Branch
                U.S. Department of Justice
                P.O. Box 883
                Washington, D.C. 20044
                Tel: (202) 307-1401
                Fax: (202) 616-8470
                ronald.wiltsie@usdoj.gov

Februrary 4, 2008                Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| MAJOR MICHAEL D. MORI, U.S.M.C., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. 1:07-cv-2167 (RMU) |
| DEPARTMENT OF THE NAVY, | ) ) ) | |
| Defendant. | ) ) | |

**O R D E R**

Having considered Defendant's Unopposed Motion For An Extension Of Time To Respond To The Complaint, that Motion is GRANTED. Defendant shall have up to and through Monday, March 10, 2008 to file its response to the Complaint in this matter.

_____       _____
Date                                                                 The Honorable Ricardo M. Urbina
                                                                                United States District Judge