AO 440 (Rev. DC - September 2003) Summons in a Civil action

# UNITED STATES DISTRICT COURT
## District of Columbia

Major Michael D. Mori, U.S. Marine Corps
Marine Corps Air Station Miramar
San Diego, California

        Plaintiff,

        V.

Department of the Navy
The Pentagon
Washington, DC  20350

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   1:07-cv-02167 *Rm 4*

TO: (Name and address of Defendant)

Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel P. Shanahan
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC  20005

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

DEC - 5 2007

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/10/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DIANE T. JOHNSON | legal secretary |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify):  *Certified mail*

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02-04-08
Date

Diane T. Johnson
Signature of Server

Williams & Connolly LLP
725 12th St. N.W.
Washington, D.C. 20005
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Randy Palm_  ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

DEC 10 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
(Transfer from service label)

7001 0320 0004 9676 2948

PS Form 3811, August 2001     Domestic Return Receipt     102595-01-M-2509